MINUTE ENTRY
AFRICK, J.
February 4, 2021
JS-10 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC J. BORGSTEDE** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-2078** |
| **ILLINOIS CENTRAL RAILROAD COMPANY** | **SECTION I** |

**ORDER**

On this date, the Court held a telephonic status conference with counsel for all parties participating to discuss the impact of plaintiff's potential surgery on upcoming dates and deadlines. Pursuant to the discussion at the conference,

**IT IS ORDERED** that the trial and pre-trial dates and associated deadlines in the above-captioned matter are **CONTINUED**, except the deadline for dispositive pretrial motions, which has already passed.

**IT IS FURTHER ORDERED** that a **TELEPHONE STATUS CONFERENCE** will be held **WEDNESDAY, FEBRUARY 24, 2021, at 10:30 A.M.** to set a new trial and pre-trial dates and associated deadlines. The Court will initiate the call; counsel shall provide the Court with contact information for participating attorneys no later than 48 hours prior to the conference.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE