MINUTE ENTRY
AFRICK, J.
February 24, 2021
JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---:|
| ERIC J. BORGSTEDE | CIVIL ACTION |
| VERSUS | No. 20-2078 |
| ILLINOIS CENTRAL RAILROAD COMPANY | SECTION I |

**ORDER**

On this date, the Court held a telephonic status conference with counsel for all parties participating to set new dates in light of plaintiff's pending surgery. Pursuant to the discussion at the conference,

**IT IS ORDERED** that all scheduling order deadlines regarding medical discovery and associated expert witness practice may be extended by agreement of counsel, except that any motions *in limine* relating to same shall be set for submission no later than **WEDNESDAY, JUNE 30, 2021**.

**IT IS FURTHER ORDERED** that trial in the above-captioned case is continued to **MONDAY, AUGUST 16, 2021, at 8:30 A.M.** A pretrial conference will be held **TUESDAY, JULY 13, 2021, at 10:30 A.M.**

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE
